**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.  7:20-CV-290 |
| | § | |
| 0.549 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN STARR COUNTY, | § | |
| STATE OF TEXAS; AND SABINO | § | |
| ALVAREZ, JR., *et al.* | § | |
| | § | |
| *Defendants.* | § | |

---

**COMPLAINT IN CONDEMNATION**

---

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.     The legal description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.     The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.     The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.     The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.     Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

<div style="margin-left: 40%;">

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:     *s/ Roland D. Ramos*
**ROLAND D. RAMOS**
Assistant United States Attorney
Southern District of Texas No. 3458120
Texas Bar No. 24096362
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 618-8010
Facsimile:  (956) 618-8016
E-mail: Roland.Ramos@usdoj.gov

</div>

# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-5046
Owner:  Sabino Alvarez, Jr., *et al.*
Acres:  0.549

**BEING** a 0.549 acre tract (23,910 square feet) parcel of land, more or less, being out of a
called 3.261 acre tract, recorded in Document No. 1936-4878, Official Records of Starr
County (O.R.S.C.), Texas, conveyed to the known and unknown heirs of Vidala Garcia
Vda De Gonzalez and the known and unknown heirs of Ofilia Gonzalez, said tract being a
part of Share 18-A, Porcion 71, Ancient Jurisdiction of Camargo, Mexico, now Starr
County, Texas, said 0.549 acre tract (23,910 square feet) parcel of land being more
particularly described as follows;

**COMMENCING:** at a point having a coordinate value of N=16665491.822,
E=846906.128, said point being the northeast corner of said known and unknown heirs of
Vidala Garcia Vda De Gonzalez and known and unknown heirs of Ofilia Gonzalez tract,
the northeast corner of said Share 18-A, the northwest corner of a  called 2.434 acre tract,
recorded in Document No's. 2015-321587 and 2006-256655, Official Records of Starr
County (O.R.S.C.), Texas, conveyed to Mark A. Perez, the northwest corner of a called
1.738 acre tract, recorded in Document No. 1936-4878, Official Records of Starr County
(O.R.S.C.), Texas, conveyed to the known and unknown heirs of Donaciano Garcia and
the northwest corner of a called 1.696 acre tract, recorded in Document No. 1936-4878,
Official Records of Starr County (O.R.S.C.), Texas, conveyed to the known and unknown
heir of Refugio Muniz De Garcia and the northwest corner of Share 17-A, Porcion 71;

**THENCE**: S 17°55'47" W, along the east line of said known and unknown heirs of Vidala
Garcia Vda De Gonzalez and known and unknown heirs of Ofilia Gonzalez tract, the east
line of said Share 18-A, the west line of said Mark A. Perez, et al tract and the west line of
said Share 17-A, a distance of 80.05 feet to a set 5/8" rebar with a "B&F Engineering, Inc."
aluminum cap stamped "RGV-RGC-5046-1=RGV-RGC-5047-1" for the POINT OF
BEGINNING, said point having a coordinate value of N=16665415.659, E=846881.485,
said point being the northeast corner of the herein described proposed acquisition tract,
said point also being S 62°26'30" E, a distance of 526.40 feet from United States Corps of
Engineers Control Point No. SS10-2019 ("B&F Engineering, Inc." aluminum cap in
concrete);

**THENCE**: S 17°55'47" W, along the east line of said known and unknown heirs of Vidala
Garcia Vda De Gonzalez and known and unknown heirs of Ofilia Gonzalez tract, the east
line of said Share 18-A, the west line of said Mark A. Perez, et al tract and the west line of
said Share 17-A, a distance of 200.92 feet to a set 5/8" rebar with a "B&F

**SCHEDULE C (continued)**

LEGAL DESCRIPTION

Starr County, Texas

Engineering, Inc." aluminum cap stamped "RGV-RGC-5046-2=RGV-RGC-5047-4" for the southeast corner of the herein described proposed acquisition tract;

**THENCE**: N 66°34'32" W, departing the east line of said known and unknown heirs of Vidala Garcia Vda De Gonzalez and known and unknown heirs of Ofilia Gonzalez tract, the east line of said Share 18-A, the west line of said Mark A. Perez, et al tract and the west line of said Share 17-A, over and across said known and unknown heirs of Vidala Garcia Vda De Gonzalez and known and unknown heirs of Ofilia Gonzalez tract and said Share 18-A, a distance of 119.55 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-5045-3=RGV-RGC-5046-3" for the southwest corner of the herein described proposed acquisition tract, said point being on the west line of said known and unknown heirs of Vidala Garcia Vda De Gonzalez and known and unknown heirs of Ofilia Gonzalez tract, the west line of said Share 18-A, the east line of a called 1.354 acre tract, recorded in Document No's. 1969-74119 and  1936-4878, Official Records of Starr County (O.R.S.C.), Texas, conveyed to the unknown heirs of Sabino Alvarez and the known and unknown heirs of Guadalupe Gonzalez and the east line of Share 19-A, Porcion 71;

**THENCE**: N 17°55'47" E, along the west line of said known and unknown heirs of Vidala Garcia Vda De Gonzalez and known and unknown heirs of Ofilia Gonzalez tract, the west line of said Share 18-A, the east line of said unknown heirs of Sabino Alvarez, et al tract and the east line of said Share 19-A, a distance of 200.92 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-5045-2=RGV-RGC-5046-4" for the northwest corner of the herein described proposed acquisition tract;

**THENCE**: S 66°34'32" E, departing the west line of said known and unknown heirs of Vidala Garcia Vda De Gonzalez and known and unknown heirs of Ofilia Gonzalez tract, the west line of said Share 18-A, the east line of said unknown heirs of Sabino Alvarez, et al tract and the east line of said Share 19-A, over and across said known and unknown heirs of Vidala Garcia Vda De Gonzalez and known and unknown heirs of Ofilia Gonzalez tract and said Share 18-A, a distance of 119.55 feet to the **POINT OF BEGINNING** and containing 0.549 acres (23,910 square feet) parcel of land, more or less.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

### LAND TO BE CONDEMNED



**SCHEDULE D (continued)**

MAP or PLAT

LAND TO BE CONDEMNED



LEGEND

| ORSC | OFFICIAL RECORDS OF STARR COUNTY |
| DRSC | DEED RECORDS OF STARR COUNTY |
| DOC. | DOCUMENT |
| NO. | NUMBER |
| VOL. | VOLUME |
| PG. | PAGE |
| POB | POINT OF BEGINNING |
| POC | POINT OF COMMENCING |

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV−RGC−5046−1≡RGV−RGC−5047−1 | 16665415.659 | 846881.485 |
| RGV−RGC−5046−2≡RGV−RGC−5047−4 | 16665224.494 | 846819.631 |
| RGV−RGC−5045−3≡RGV−RGC−5046−3 | 16665272.019 | 846709.934 |
| RGV−RGC−5045−2≡RGV−RGC−5046−4 | 16665463.184 | 846771.788 |

● SET 5/8" REBAR W/ "B&F" CAP AS NOTED

⊙ FOUND MONUMENT AS NOTED

⊙CP COMPUTED POINT

▬▬ ACQUISITION AREA BOUNDARY

—×—×— FENCE LINE

——PL—— PROPERTY LINE

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS. SEE SURVEYORS REPORT FOR BOUNDARY AND REMAINING ACREAGE NOTES.
5. FIELD SURVEY WAS COMPLETED IN APRIL. 2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886−1143.
8. LONESTAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON APRIL 2, 2020 (TICKET NO. 2059362327).

| METES & BOUNDS SURVEY |
|---|
| KNOWN AND UNKNOWN HEIRS OF VIDALA GARCIA VDA DE GONZALEZ AND KNOWN AND UNKNOWN HEIRS OF OFILIA GONZALEZ |
| TRACT No. RGV-RGC-5046 |
| STARR COUNTY    TEXAS |

| | BY | DATE |
|---|---|---|
| Drawn | RLS | 04/20 |
| Checked | DMB | 04/20 |
| Surveyor | JJB | 03/20 |
| Fld Bk. # | 19658-78-86 |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W9127S19F0075

ENGINEERING, INC.
TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10104300

## SCHEDULE D (continued)

### MAP or PLAT

### LAND TO BE CONDEMNED



# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-5046
Owner:  Sabino Alvarez, Jr., *et al.*
Acres:  0.549


      The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

      Reserving to the owners of land described in conveyance recorded on March 4, 1936, in Volume 88, Page 361, Document No. 1936-4878, Official Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

      Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

**SCHEDULE E (continued)**

ESTATE TAKEN



# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION


The sum estimated as just compensation for the land being taken is EIGHT THOUSAND TWO HUNDRED SIXTEEN DOLLARS AND NO/100 ($8,216.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Sabino Alvarez, Jr.** <br> ▆▆▆▆▆▆▆▆▆▆▆ <br> Rio Grande City, Texas  78582 | **Est. of Ofilia Gonzalez** <br> VIA <br> **Final Decree of Partition** <br> Document # 1936-4878 <br> Recorded March 4, 1936 <br> Deed Records of Starr County, Texas |
| **Manuel Alvarez** <br> ▆▆▆▆▆▆▆▆ <br> Rio Grande City, Texas  78582 | **Est. of Ofilia Gonzalez** <br> VIA <br> **Final Decree of Partition** <br> Document # 1936-4878 <br> Recorded March 4, 1936 <br> Deed Records of Starr County, Texas |
| **Maria Guadalupe Morales Perez** <br> ▆▆▆▆▆▆▆ <br> Rio Grande City, Texas  78582 | **Est. of Ofilia Gonzalez** <br> VIA <br> **Final Decree of Partition** <br> Document # 1936-4878 <br> Recorded March 4, 1936 <br> Deed Records of Starr County, Texas |
| **Armandina Alvarez Longoria** <br> ▆▆▆▆▆▆▆ <br> McAllen, Texas  78501 | **Est. of Ofilia Gonzalez** <br> VIA <br> **Final Decree of Partition** <br> Document # 1936-4878 <br> Recorded March 4, 1936 <br> Deed Records of Starr County, Texas |
| **Marta Alvarez Gaines aka Martha Alvarez Gaines** <br> ▆▆▆▆▆▆▆▆▆▆▆ <br> Rio Grande City, Texas  78582 | **Est. of Ofilia Gonzalez** <br> VIA <br> **Final Decree of Partition** <br> Document # 1936-4878 <br> Recorded March 4, 1936 <br> Deed Records of Starr County, Texas |
| **Eloisa Alvarez Perez** <br> ▆▆▆▆▆▆▆ <br> Houston, Texas  77012 | **Est. of Ofilia Gonzalez** <br> VIA <br> **Final Decree of Partition** <br> Document # 1936-4878 <br> Recorded March 4, 1936 <br> Deed Records of Starr County, Texas |

| | |
|---|---|
| **Magda Margot Alvarez**<br>█████████████<br>Rio Grande City, TX 78582 | **Est. of Raul Ruben Alvarez**<br>VIA<br>**Est. of Ofilia Gonzalez**<br>VIA<br>**Final Decree of Partition**<br>Document # 1936-4878<br>Recorded March 4, 1936<br>Deed Records of Starr County, Texas |
| **Graciela Alvarez**<br>█████████<br>Rio Grande City, TX 78582 | **Est. of Raul Ruben Alvarez**<br>VIA<br>**Est. of Ofilia Gonzalez**<br>VIA<br>**Final Decree of Partition**<br>Document # 1936-4878<br>Recorded March 4, 1936<br>Deed Records of Starr County, Texas |
| **Raul Alvarez, Jr.**<br>██████████████<br>Rio Grande City, TX 78582 | **Est. of Raul Ruben Alvarez**<br>VIA<br>**Est. of Ofilia Gonzalez**<br>VIA<br>**Final Decree of Partition**<br>Document # 1936-4878<br>Recorded March 4, 1936<br>Deed Records of Starr County, Texas |
| **Gerardo Alvarez**<br>███████████<br>Mission, TX 78574 | **Est. of Raul Ruben Alvarez**<br>VIA<br>**Est. of Ofilia Gonzalez**<br>VIA<br>**Final Decree of Partition**<br>Document # 1936-4878<br>Recorded March 4, 1936<br>Deed Records of Starr County, Texas |
| **Maria Alvarez Guerra**<br>██████████████<br>Rio Grande City, TX 78582 | **Est. of Raul Ruben Alvarez**<br>VIA<br>**Est. of Ofilia Gonzalez**<br>VIA<br>**Final Decree of Partition**<br>Document # 1936-4878<br>Recorded March 4, 1936<br>Deed Records of Starr County, Texas |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N FM 3167, Room 201<br>Rio Grande City, Texas 78582 | **Tax Authority** |

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | 0.549 Acres of Land More of Less, Situate in Starr County, State of Texas; and Sabino Alvarez, Jr. et al., |

**(b)**   County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Starr
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)**   Attorneys *(Firm Name, Address, and Telephone Number)*
Roland D. Ramos, US Attorney's Office, SDTX
1701 W. Bus. Hwy 83 Suite 600
McAllen, TX 78501

Attorneys *(If Known)*

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
         Plaintiff

☐ 3   Federal Question
         *(U.S. Government Not a Party)*

☐ 2   U.S. Government
         Defendant

☐ 4   Diversity
         *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                                and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
         Proceeding

☐ 2   Removed from
         State Court

☐ 3   Remanded from
         Appellate Court

☐ 4   Reinstated or
         Reopened

☐ 5   Transferred from
         Another District
         *(specify)*

☐ 6   Multidistrict
         Litigation -
         Transfer

☐ 8   Multidistrict
         Litigation -
         Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114

Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate, and maintain border security.

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE   09-24-2020

SIGNATURE OF ATTORNEY OF RECORD   /s/ Roland D. Ramos

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____